UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

In re:

Steve and Adrienne Kranitz

Case No.: 19-22879-MAM
Chapter 11
*Ex Parte Relief Requested*

Debtor.
_____/

## *EX PARTE* MOTION TO SUBSTITUE COUNSEL

Steve and Adrienne Kranitz (the "Debtors"), by and through proposed counsel, files this Motion to Substitute Counsel and states as follows:

1. The counsel of record in this case is Aaron A. Wernick, Esq. ("Mr. Wernick") and the law firm of FURR COHEN, P.A., 2255 Glades Rd, Ste 337, Boca Raton, FL 33431.

2. Mr. Wernick left the law firm of FURR COHEN P.A. on April 2, 2020 and is now with the law firm of WERNICK LAW, PLLC, 2255 Glades Rd, Ste 324A, Boca Raton, FL 33431. ("Wernick Law").

3. Accordingly, Steve and Adrienne Kranitz. requests that Aaron A. Wernick, Esq., of the law firm of WERNICK LAW, PLLC., be substituted as its counsel of record in this case. Wernick Law will file an application to be employed and the required statements under FRBP 2014 and 2016.

4. Furr Cohen and Wernick Law have entered into a Stipulation of Counsel, which Mr. Steve Kranitz and Ms. Adrienne Kranitz has executed thereby consenting to the substitution.

5. The granting of this Motion will not unduly delay these proceedings or prejudice any party hereto.

6. Debtor's consent to the substitution of counsel is attached hereto as Exhibit A.

WHEREFORE, the Debtor requests that the Court consider this Motion on an *ex parte* basis, and enter an Order as set forth herein, and for such other and further relief as this Court deems just and proper.

          Wernick Law PLLC.
          *Attorneys for the Debtor*
          2255 Glades Road, Suite 324A
          Boca Raton, FL 33431
          (561)961-0922/(561)431-2474 fax

          By: /s/ *Aaron A. Wernick*
              Aaron A. Wernick, Esq.
              Florida Bar No. 14059
              Email: awernick@wernicklaw.com

Dated: April 3, 2020

## PROOF OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on the Court CM/ECF notifications and US Mail on the all creditors on the attached official court matrix this 3rd day of April 2020.

          Wernick Law PLLC.
          *Attorneys for the Debtor*
          2255 Glades Road, Suite 324A
          Boca Raton, FL 33431
          (561)961-0922/(561)431-2474 fax

          By: /s/ *Aaron A. Wernick*
              Aaron A. Wernick, Esq.
              Florida Bar No. 14059
              Email: awernick@wernicklaw.com

<u>Exhibit A</u>

March 31, 2020

ASK, European, and Kranitz
Steve Kranitz
stevekranitz@aol.com
Adrienne Kranitz
adriennekranitz@icloud.com

Re:     **Notice to Client Concerning Legal Representation**
        **of Steve Kranitz and Adrienne Kanitz as Trustees**
        **on behalf of ASK, European, and Kranitz**

Dear Steve and Adrienne,

This is to advise you that I am voluntarily withdrawing from Furr Cohen, P.A. effective April 1, 2020. I am starting my own practice of Wernick Law, PLLC. Under the Rules Regulating the Florida Bar, it is up to you, as the client, to decide how the legal matter which I have been primarily responsible for overseeing or assisting you will be handled in the future.

You have the option of transferring your files to Wernick Law, PLLC, staying at Furr Cohen, P.A with a new lead counsel, or transferring the files to another attorney or law firm.

Should you elect to transfer files to Wernick Law, PLLC, I will continue to be responsible for the handling and oversight of your matter. Details relating to contact information at the new firm are below:

Wernick Law, PLLC
2255 Glades Rd, Ste 324A, Boca Raton, FL 33431

This letter shall not impact the Client's responsibility for any fees and costs owed to the Firm. To the extent the

Firm is holding a retainer (if applicable, to the extent allowed by an applicable Court or Court rule), the Firm will apply all fees and costs owed through April 1, 2020. Any retainer remaining after application of the aforementioned fees and costs will be transferred to your designated law firm.

Whether your stay with Furr Cohen or move to my new firm, both firms are committed to serving your interests in your case and will work together before and after the transition for your benefit.

Please indicate below your wishes in this regard and return your selection to me. In the meantime, I ask that you not hesitate to contact me if you should have any questions regarding this transition.

Very truly yours,

By: /s/ *Aaron A. Wernick*
Aaron A. Wernick

\_\_✓_____ I wish to continue being represented by Aaron A. Wernick. Please transfer to him, at either of the above stated addresses for Wernick Law, PLLC, all records, files and property in the possession of Furr Cohen as quickly as possible.

_____ I wish to continue being represented by Furr Cohen. Please have a firm representative contact me to discuss continuity of representation.

_____ I will retain new counsel and have them contact Furr Cohen.

Dated 4/3/20, 2020

_____
Client Representative

**Exhibit B**
**Proposed Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

In re:

Steve and Adrienne Kranitz

        Debtor.
_____/

Case No.: 19-22879-MAM
Chapter 11
*Ex Parte Relief Requested*

**EX PARTE ORDER GRANTING EX PARTE MOTION TO SUBSTITUE COUNSEL**

THIS MATTER came before the Court without a hearing on April 2, 2020 upon the filing of STEVE AND ADRIENNE KRANITZ, (the "Debtor") *Motion to Substitute Counsel* [ECF ___] (the "Motion"). The Court, having reviewed the Motion, understanding that the Debtor seeks to substitute the law firm of Wernick Law, PLLC, and its individual attorneys, in place of Furr Cohen, P.A. and its individual attorneys, noting that an executed stipulation for substitution of counsel (the "Stipulation") is attached to the Motion along with a proposed form of order, and that the

Debtor consents to the substitution and has executed the Substitution of Counsel, and finds good cause for the relief sought. Therefore, this Court

ORDERS AND ADJUDGES as follows:

1. The Debtor's Motion is GRANTED.

2. The Stipulation is APPROVED.

3. The law firm of Wernick Law PLLC, and its individual attorneys, shall be and are hereby substituted in place of the law firm of Furr Cohen P.A., and its individual attorneys, as counsel for the Debtor in the above-referenced case.

4. Furr Cohen, P.A., and its individual attorneys, are hereby withdrawn as counsel of record for the Debtor in this case, and are relieved of all further responsibility and obligation associated with the representation of the Debtor in this case.

5. The Clerk of Court and the parties to this action are hereby notified that Furr Cohen, P.A., and its individual attorneys, shall be removed from the service list of this case from and after the date of this Order

6. All further notices and filings in this case shall be served on the Debtor using the following contact information:

Aaron A. Wernick, Esq.
Wernick Law, PLLC
2255 Glades Rd., #324A
Boca Raton, FL 33431
(561)961-0922 (561)431-2474-fax
Email: awernick@wernicklaw.com

# # #

**Submitted by:**
Aaron A. Wernick, Esq.
Wernick Law, PLLC

- 3 -

*Attorneys for the Debtor*
2255 Glades Rd., #324A
Boca Raton, FL 33431
(561)961-0922 (561)431-2474-fax
Email: awernick@wernicklaw.com

*Aaron A. Wernick, Esq. is directed to furnish a conformed copy of this order to all appropriate parties immediately upon receipt of same and file a certificate of service with the court.*